# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

RECO ENGLISH
:
    Petitioner,                               Case No. 1:11-cv-675

:         District Judge S. Arthur Spiegel
   -vs-                                 Magistrate Judge Michael R. Merz

ED BANKS, Warden, Noble
 Correctional Institution,
:
    Respondent.

## TRANSFER ORDER

With the consent of both of them, the referral in above-captioned action is transferred from Magistrate Judge Karen L. Litkovitz to Magistrate Judge Michael R. Merz.

July 17, 2012.

                                                  s/ *Michael R. Merz*
                                                 United States Magistrate Judge